No. 03–5093.  FARRAR v. BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 03–5094.  DAVIS v. BOCK, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–5095.  CONTRERAS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–5096.  ENGLE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–5097.  CRISP v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–5098.  DILLARD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–5099.  MOORE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 03–5100.  MCPHETERS v. MAILE ET AL.  Sup. Ct. Idaho.  Certiorari denied.

No. 03–5101.  PETITE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–5102.  MORGAN v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 03–5104.  LAYNE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–5105.  LOPEZ-LOPEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–5106.  JAMES v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–5107.  DREHER v. PINCHAK, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–5108.  DEPEW v. ANDERSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–5109.  COOPER v. GEORGIA.  Ct. App. Ga.  Certiorari denied.